ARTURO HERNANDEZ-M, Attorney at Law
15 South 34th St.
San Jose, CA 95116
Phone   (408)729-5785
Fax     (408) 729-0167
California Bar No. 108980
Email: artlawoff@aol.com

Attorney for Defendant Octavio Gallegos Vasquez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO 1:13-CR-00218-AWI |
| | 1:03-CR-05066AWI |
| Plaintiff, | ORDER FOR CONTINUANCE |
| | OF SENTENCING |
| vs. | |
| OCTAVIO GALLEGOS VASQUEZ, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, as set forth in the parties' stipulation and after review of the motion of Arturo Hernandez-M to Continue Sentencing on behalf of his Client, OCTAVIO GALLEGOS VASQUEZ, said motion is hereby granted.

IT IS SO ORDERED that the sentencing in this matter be continued from January 25, 2016 at 10:00 a.m. to March 14, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 13, 2016                    _____
                                              SENIOR   DISTRICT   JUDGE

1