ARTURO HERNANDEZ-M, Attorney at Law
15 South 34th St.
San Jose, California 95116
Phone    (408) 729-5785
Fax  (408) 729-0167
California Bar No. 108980
Email: artlawoff@aol.com

Attorney for
OCTAVIO GALLEGOS-VASQUEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>OCTAVIO GALLEGOS-VASQUEZ,<br><br>      Defendant. | No.0972 1:03CR05066-002AWI<br>    0972 1:13CR00218-004AWI<br><u>STIPULATION TO CONTINUE</u><br><u>SENTENCING</u><br><br>**CURRENT SENTENCING HEARING:**<br>**11-21-2016 10:00 a.m.**<br><br>**SENTENCING HEARING:**<br>**1-9-17  10:00 a.m.** |

    Arturo Hernandez-M, Defense Attorney for **Defendant OCTAVIO GALLEGOS**-VASQUEZ and Plaintiff United States of America, by and Through its counsel of record, the United States Attorney for the Eastern District of California and Assistant United States Attorney Kathleen Servatius, hereby stipulate as follows:

    1.   Arturo Hernandez-M, Defense counsel for **OCTAVIO GALLEGOS** VASQUEZ, hereby requests to continue this sentencing for four weeks because counsel suffered an accident and broke four ribs .

    2.   By this stipulation, defendant requests that the sentencing hearing be continued from November 21, 2016, at 10:00 a.m., to January 9, 2017 at 10:00 a.m., or any date thereafter convenient to the Court.  This continuance will allow defense counsel to finalize his position papers and prepare for the sentencing.

3. The government does not oppose defendants' request for a continuance.

IT IS SO STIPULATED.

Dated: November 17, 2016
          /s/   Kathleen Servatius
          KATHLEEN SERVATIUS
          Assistant United States Attorneys
          Attorneys for Plaintiff
          UNITED STATES OF AMERICA

Dated: November 17, 2016
          /s/   Arturo Hernandez-M
          ARTURO HERNANDEZ-M
          Attorney for Defendant
          OCTAVIO GALLEGOS-VASQUEZ

**ORDER**

FOR GOOD CAUSE SHOWN, as set forth in the parties' stipulation and after review of the motion of Arturo Hernandez-M to Continue Sentencing on behalf of his Client, OCTAVIO GALLEGOS VASQUEZ, said Stipulation is hereby granted.

IT IS SO ORDERED that the sentencing in this matter be continued from November 21, 2016 at 10:00 a.m. to January 9, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   November 18, 2016     _____
                                      SENIOR  DISTRICT JUDGE